# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2205

_____

Heidy Carolina Ortiz-Bonilla

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 13, 2016
Filed: May 17, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Heidy Carolina Ortiz-Bonilla petitions for review of an order of the Board of Immigration Appeals (BIA) upholding an immigration judge's (IJ's) denial of her motion to reopen. We find no abuse of discretion in the denial of the motion to reopen. See Valencia v. Holder, 657 F.3d 745, 748 (8th Cir. 2011) (abuse of discretion occurs when BIA offers no rational explanation for its decision,

departs from established policies without explanation, ignores or distorts evidence in record, or relies on legal error or impermissible factors; discussing requirements for motion to reopen based on ineffective assistance of counsel); see also Alva-Arellano v. Lynch, 811 F.3d 1064, 1066-67 (8th Cir. 2016) (motions to reopen are disfavored due to strong public interest in bringing litigation to close, and because granting them can cause endless prolongation of proceedings). The petition for review is denied.

_____